UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                                  Criminal No. 18-cr-20478

v.

Karen E. Larson,

    Defendant.

**GOVERNMENT'S MOTION, SUPPORTING BRIEF
AND ORDER TO UNSEAL INDICTMENT**

The United States of America hereby moves for an order unsealing the Indictment in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment.

Respectfully submitted,

Matthew Schneider
United States Attorney


*/s/ Stanley J. Janice*
Stanley J. Janice
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Lee.Janice@usdoj.gov
(313) 226-9740
P25999

Dated:  October 4, 2018

**IT IS SO ORDERED.**

**s/David R. Grand**
David R. Grand
United States Magistrate Judge

Entered: 10/4/2018